1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                           FOR THE DISTRICT OF ARIZONA
8
9    Jason Timmie Wise,                    )    No.  CV-15-01314-PHX-SPL
                                           )
10                        Plaintiff,       )    **ORDER**
11   vs.                                   )
                                           )
12   Forrest B McCurry, et al.,            )
                                           )
13                        Defendants.      )
                                           )
14
15          Before the Court is the parties' Stipulation (Doc. 24), in which they request an

16   extension of the case deadlines. Finding good cause appearing, and that the requested

17   extension would not unduly delay this action, the request will be granted. Accordingly,

18          **IT IS ORDERED** that the Stipulation (Doc. 24) is **granted**. The case deadlines

19   are modified *only* as follows:

20          1.   Fact Discovery shall be completed by **August 16, 2016**;

21          2.   Plaintiff's Expert Disclosures shall be due by **March 15, 2016**;

22          3.   Defendant's Expert Disclosures shall be due by **April 4, 2016**;

23          4.   Rebuttal Expert Disclosures shall be due by **May 13, 2016**;

24          5.   Expert depositions must be completed by **June 30, 2016**; and

25          6.   Dispositive Motions shall be due by **September 19, 2016.**

26          Dated this 2nd day of December, 2015.

27

28                                         Honorable Steven P. Logan
                                           United States District Judge