1  Donald L. Myles, Jr., Bar #007464
   Josh M. Snell, Bar #021602
2  Clarice A. Spicker, Bar #029964
   JONES, SKELTON & HOCHULI, P.L.C.
3  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
4  Telephone:  (602) 263-1743
   Fax:  (602) 200-7842
5  dmyles@jshfirm.com
   jsnell@jshfirm.com
6  cspicker@jshfirm.com
   minuteentries@jshfirm.com
7
   Attorneys for Defendants
8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                              **DISTRICT OF ARIZONA**
10

| JASON TIMMIE WISE, | NO. 2:15-cv-01314 spl |
|---|---|
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| FORREST B. McCURRY and JANE DOE McCURRY, individually and as husband and wie; TRY-US TRANSPORTATION, INC., a California corporation; JOHN DOE I-V and JANE DOE I-V; BLACK CORPORATIONS I-X and WHITE LIMITED PARTNERSHIPS I-X, | |
| Defendant. | |

Pursuant to this Court's Order dated May 17, 2016 (Doc. 29), the parties provide the Court with the following status report regarding settlement discussions and suitability of this case for referral to a United States Magistrate Judge.

The parties are participating in private mediation on May 31, 2016 at 1:30 pm with mediator, Paul McGoldrick.  The parties have every reason to believe that this mediation will be fruitful and that the parties will likely settle the case at that time.  Therefore, there is no need for referral to a United States Magistrate Judge for a settlement conference.

4968001.1

DATED this 23rd day of May, 2016.

| MICHAEL CORDOVA, P.C. | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By  */s/ Mark T. Ichiyama*  <br>Mark T. Ichiyama<br>1700 North 7th Street<br>Phoenix, Arizona 85006<br>Attorneys for Plaintiff | By  */s/ Clarice A. Spicker*  <br>Donald L. Myles, Jr.<br>Josh M. Snell<br>Clarice A. Spicker<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>Attorneys for Defendants |